# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVEL DRUG SOLUTIONS, LLC, and EYE CARE NORTHWEST, PA,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>HARROW HEALTH, INC.,<br><br>　　　　Defendant.<br><br>HARROW HEALTH, INC.,<br><br>　　　　Defendant/Counterclaim Plaintiff,<br><br>　　　　v.<br><br>NOVEL DRUG SOLUTIONS, LLC and EYE CARE NORTHWEST, PA,<br><br>　　　　Plaintiffs/Counterclaim Defendants<br><br>　　　　and<br><br>DR. JEFFREY LIEGNER and J. SCOTT KAROLCHYK,<br><br>　　　　Counterclaim Defendants. | Civil Action No. 18-0539-MN |

**DEFENDANT HARROW HEALTH INC.'S SUPPLEMENTAL REPLY TO DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION TO STRIKE COUNT III OF PLAINTIFFS' THIRD AMENDED COMPLAINT**

August 7, 2020

James M. Lennon (#4570)
Neil A. Benchell (pro hac vice)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806

*Attorneys for Harrow Health, Inc*

In Plaintiffs' Answering Brief in Opposition to Harrow Health, Inc.'s Motion to Dismiss (D.I. 236 ("Answering Br.")), Plaintiffs argue that they did not misrepresented to the Court that their damages theory would be the same under breach of contract as it was for unjust enrichment. (*See* Answering Br. (D.I. 236) at 18.)  Plaintiffs claim that they are still seeking disgorgement even though they removed "disgorgement" from their prayer for relief.  Plaintiffs point to the Third Amended Complaint saying they "specifically allege that their damages 'are set forth in their May 13, 2020 expert report, and any future supplements thereto.'"  (*See id*. (citing the Third Amended/Supplemental Complaint (D.I. 227)).)  Plaintiffs also claim that "this expert report, served prior to the Court's June 4, 2020 Order, identifies Plaintiffs' damages as *disgorgement of Defendant's profits* resulting from its unauthorized and impermissible use of the 'Technology' and 'Assets' post-termination."  (*See id.* (emphasis added).)

On July 30, 2020, Plaintiffs' damages expert, Michael Napolitano was deposed.  Contrary to Plaintiffs' claim, Mr. Napolitano testified that he was *not* providing an opinion on disgorgement damages.[1]  (*See* Rough Deposition Transcript of Michael Napolitano, attached as Exhibit 1 to the Declaration of Neil A. Benchell ("Napolitano Tr.") at 91:10-13.)  Nor is Mr. Napolitano's opinion a calculation of Harrow's profits.  (*See id*. at 250:9-13.)

For the reasons set forth in Harrow's Opening and Reply Briefs, Harrow respectfully requests that Count III of Plaintiffs' Third Amended/Supplemental Complaint be dismissed or stricken.

---

[1] Mr. Napolitano also testified that his opinion was not an analysis of expectation damages or Plaintiffs' lost profits.  (*See* Napolitano Tr. at 59:15-22)

August 7, 2020	DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
James M. Lennon (#4570)
Neil A. Benchell (*pro hac vice*)
1526 Gilpin Avenue
Wilmington, DE 19806
Phone: (302) 449-9010
tdevlin@devlinlawfirm.com
jlennon@devlinlawfirm.com
nbenchell@devlinlawfirm.com

*Attorneys for Harrow, Inc.*