# EXHIBIT 1

1

1   **PLEASE CONFIRM RECEIPT VIA REPLY E-MAIL **

2   THE DEPOSITION OF: Michael Napolitano, CPA

3   TAKEN ON: July,30, 2020

4   BY REPORTER: John P. Donnelly, RPR

5   Attached is the unedited rough draft transcript

6   described

7   above in both .txt and .pdf format with keyword

8   index.

9   THIS IS AN UNOFFICIAL ELECTRONIC TRANSMISSION OF THE

10  FOREGOING PROCEEDINGS.

11  PLEASE NOTE!

12  This e-mail may contain confidential and privileged

13  material for the sole use of the intended recipient.

14  Any

15  review, use, distribution or disclosure by others is

16  strictly prohibited. If you are not the intended

17  recipient or authorized to receive for the

18  recipient,

19  please contact the sender by reply e-mail and delete

20  all

21  copies of this message.

22  UNEDITED, UNCERTIFIED ROUGH DRAFT

23  PLEASE BE INFORMED OF THE FOLLOWING:

24  1

2

```
 1                    This unedited Rough Draft is produced

 2      in real-time (instant) form and is NOT

 3      certified.   The Rough Draft transcript may not be

 4      cited

 5      nor used in any way to rebut or contradict the

 6      certified

 7      transcription of proceedings.

 8        There will be discrepancies in this

 9      form and the final form because this real-time

10      (instant)

11      form has NOT been edited, proofread, corrected or

12      certified.

13      There will also be a discrepancy in page

14      numbers compared to the final.

15

16      Also, please be aware that the text may

17      contain an occasional ((REPORTER NOTE)) or a

18      ((CHECK)) to

19      myself or my Scopist and/or "nonsensical" English

20      word

21      combinations.

22      (All such entries will be corrected on the

23      final  transcript.)

24                    John P. Donnelly, RPR
```

UNEDITED - ROUGH DRAFT TRANSCRIPT

1          A.     Yes.

2          Q.     Can you tell me whether the types of

3   damages you calculate inside your report are

4   expectation or reliance damages?

5          MS. KRAMAN:  Objection.

6          THE WITNESS:  Again, our report is

7          not a lost -- my report is not a lost

8          profits report.

9   BY MR. BENCHELL:

10          Q.     You sure about that?

11          A.     Yes.

12          Q.     We will get into that.  You are

13   saying unequivocally that you did not perform a

14   damages assessment of expectation damages.  Correct?

15          A.     Again, this was not a lost profits

16   report.

17          Q.     Sir, that is not what I asked you.

18   Let me restate the question.  You are saying that

19   your damage analysis is not an expectation damage.

20   Correct?

21          MS. KRAMAN:  Objection.

22          THE WITNESS:  Correct.

23   BY MR. BENCHELL:

24          Q.     Your report is not a calculation of

UNEDITED - ROUGH DRAFT TRANSCRIPT

1          report.

2     BY MR. BENCHELL:

3          Q.    But you are unable to articulate for

4     me the form of damages that you have calculated

5     except what you just said.  Correct?

6               MS. KRAMAN:  Objection.

7               THE WITNESS:  I don't know how else

8          to say it.

9     BY MR. BENCHELL:

10         Q.    Does your report say anything about

11    disgorgement?

12              MS. KRAMAN:  Objection.

13              THE WITNESS:  It does not.

14    BY MR. BENCHELL:

15         Q.    You purport to claim this is a

16    disgorgement report?

17              MS. KRAMAN:  Objection.

18              THE WITNESS:  Again, we provided the

19         analysis for the period post termination, to

20         arrive at a damage amount.

21              MR. BENCHELL:  Can you please read my

22         last question, Mr. Donnelly.

23                   (The reporter read back as

24    requested.)

UNEDITED - ROUGH DRAFT TRANSCRIPT

1    based on the analysis.

2             Q.     Could have been more based on the

3    analysis, too.  Right?

4             A.     Could have been.

5             Q.     Are you aware of what the result is

6    when you use Harrow Health's stated SG&A number on

7    your 2019 calculation?

8             A.     I am not.

9             Q.     By the way, is this a calculation of

10   Harrow's profits?

11                MS. KRAMAN:  Objection.

12                THE WITNESS:  This is a calculation

13         of damages.

14   BY MR. BENCHELL:

15             Q.     Okay.  So you are not aware of the

16   fact that the damages would have been calculated at

17   $1.8 million for 2019, rather than $3.3 million if

18   you used Harrow Health's stated SG&A number.

19   Correct?

20                MS. KRAMAN:  Objection.

21                THE WITNESS:  I would have to again

22         run those numbers to confirm that.

23   BY MR. BENCHELL:

24             Q.     So you are not aware of that.