

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

August 31, 2021

**VIA CM/ECF**

The Honorable Maryellen Noreika
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801-3555

      Re:    *Novel Drug Solutions, LLC, et al. v. Harrow Health, Inc.*,
               Civil Action No. 1:18-cv-00539-MN

Dear Judge Noreika,

      The pretrial conference in this case is scheduled for Monday, October 25, 2021, at 4:30 p.m. Neil Benchell, litigation counsel for defendant Harrow Health, Inc., will be attending an overseas conference and will be out of the country beginning October 16, 2021, and is, therefore, unavailable to participate. We have conferred with plaintiffs' counsel and they have no opposition to moving the date of the conference to an earlier date. The parties are mutually available on October 13 and 14, 2021, should the Court be amendable and available to such a rescheduling.

      Counsel are available at your request should you require additional information.

      Respectfully,

      */s/ James M. Lennon*

      James M. Lennon (No. 4570)

cc: Clerk of the Court (via CM/ECF)
    All Counsel of Record (via CM/ECF)