IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| NOVEL DRUG SOLUTIONS, LLC, and EYE CARE NORTHWEST, PA, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 18-539-MN |
| HARROW HEALTH, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE THAT pursuant to District of Delaware Local Rule 83.7, the

appearance of Paul M. Bishop, as counsel for Plaintiffs Novel Drug Solutions, LLC and Eye Care

Northwest, PA ("Plaintiffs") in the above-captioned matter, is hereby withdrawn. Plaintiffs will

continue to be represented by the firms Young Conaway Stargatt & Taylor, LLP and Brach Eichler

LLC.

Dated:  October 4, 2021

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Beth A. Swadley*
Pilar G. Kraman (No. 5199)
Beth A. Swadley (No. 6331)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
bswadley@ycst.com

BRACH EICHLER LLC
Charles X. Gormally, Esq. (*admitted pro hac vice*)
Thomas Kamvosoulis, Esq. (*admitted pro hac vice*)
101 Eisenhower Parkway

Roseland, NJ 07068
(973) 403-3138
cgormally@bracheichler.com
tkamvosoulis@bracheichler.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I, Beth A. Swadley, hereby certify that on October 4, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Timothy Devlin
> James M. Lennon
> Neil A. Benchell
> DEVLIN LAW FIRM LLC
> 1526 Gilpin Avenue
> Wilmington, DE 19806
> *tdevlin@devlinlawfirm.com*
> *jlennon@devlinlawfirm.com*
> *nbenchell@devlinlawfirm.com*
>
> *Attorneys for Defendant*

I further certify that on October 4, 2021, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel.

Dated:  October 4, 2021

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

*/s/ Beth A. Swadley*
Pilar G. Kraman (No. 5199)
Beth A. Swadley (No. 6331)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
(302) 571-6600
*pkraman@ycst.com*
*bswadley@ycst.com*

*Attorney for Plaintiffs*

23400703.1